**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF WASHINGTON**

JENNIFER J. ELDRED,                )
                                   )
              Plaintiff,            )
                                   )       NO.  CV-08-0149-JPH
        vs.                        )
                                   )       **JUDGMENT IN A**
MICHAEL J. ASTRUE,                 )       **CIVIL CASE**
Commissioner of Social Security,   )
                                   )
              Defendant.            )
                                   )
_____)

**DECISION BY THE COURT:**

This action came to hearing before the court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Defendant's Motion for Summary Judgment is **GRANTED**; Plaintiff's Motion for Summary Judgment is **DENIED**.  Judgment is entered for Defendant.

DATED this 22nd day of December, 2008.

JAMES R. LARSEN
District Court Executive/Clerk


by: ___s/Karen White_____
        Deputy Clerk

cc: all counsel